UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVE TAYLOR,

                Plaintiff,

-against-

TUNECORE, INC., ET AL.,

                Defendants.

25cv4949 (LTS)

CIVIL JUDGMENT

     For the reasons stated in the August 20, 2025, order, this action is dismissed. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith and, therefore, IFP status is denied for the purpose of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:   August 22, 2025
          New York, New York

                                          /s/ Laura Taylor Swain
                                             LAURA TAYLOR SWAIN
                                        Chief United States District Judge